### D. M. Thorp vs. Joseph Lorenz.

December 12, 1885.

Appeal—Order Dismissing Action.—An order at the trial, dismissing an action on the ground that the complaint stated no cause of action, is not appealable. [Rep.

Appeal by plaintiff from an order of the district court for Redwood county, dismissing the action. Respondent moved for a dismissal of the appeal.

*D. M. Thorp* and *T. M. Quarton*, for appellant.

*M. M. Madigan*, for respondent.

*By the Court.* This is an appeal from an order made on the trial dismissing the action, on the ground that the complaint did not state a cause of action. It has been repeatedly held by this court that an order of this kind is not appealable. *Rogers* v. *Holyoke*, 14 Minn. 387, (514;) *Lamb* v. *McCanna*, 14 Minn. 385, (513;) *Searles* v. *Thompson*, 18 Minn. 285, (316.) The plaintiff should either have moved for a new trial and appealed from the order refusing it, or else caused judgment of dismissal to have been entered, and then appealed from the judgment.

Appeal dismissed.